HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
SAYBYN BORGES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-136 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| ALFREDO SANCHEZ, et. al., | DATE: September 13, 2018<br>TIME  9:30 a.m. |
| Defendant. | JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between United States Attorney McGregor W. Scott, through Assistant United States Attorney Cameron Desmond,  Robert L. Forkner, attorney for ALFREDO SANCHEZ, and Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorneys for SAYBYN BORGES, that the status conference scheduled for September 13, 2018, be vacated and be continued to October 18, 2018, at 9:30 a.m.

To date, defense counsel has received a total of 92 pages of documents in discovery, as well as photographs and surveillance footage.  Additional discovery is pending.  Defense counsel requires additional time to review discovery with the defendants and to continue with the investigation in this case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including October 18, 2018,  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

1  based upon continuity of counsel and defense preparation.

DATED: September 11, 2018          */s/ Robert L. Forkner*
                                    Attorney for defendant
                                    ALFREDO SANCHEZ

DATED: September 11, 2018          Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

                                    */s/ Hannah R. Labaree*
                                    HANNAH R. LABAREE
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    SAYBYN BORGES

DATED: September 11, 2018          MCGREGOR W. SCOTT
                                    United States Attorney

                                    */s/ Cameron Desmond*
                                    CAMERON DESMOND
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

Stipulation and Order                -2-
to Continue Status Conference

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on October 18, 2018, at 9:30 a.m. The Court orders the time from September 13, 2018 up to and including October 18, 2018, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated: September 11, 2018

_____
Troy L. Nunley
United States District Judge