HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Hannah_labaree@fd.org

Attorney for Defendant
SAYBYN BORGES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALFREDO SANCHEZ, et. al.,<br><br>  Defendant. | Case No. 2:18-cr-136 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE:   October 18, 2018<br>TIME    9:30 a.m.<br>JUDGE:  Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between United States Attorney McGregor W. Scott, through Assistant United States Attorney Cameron Desmond,  Robert L. Forkner, attorney for ALFREDO SANCHEZ, and Heather Williams, Federal Defender, through Assistant Federal Defender Hannah R. Labaree, attorneys for SAYBYN BORGES, that the status conference scheduled for October 18, 2018, be vacated and be continued to November 29, 2018, at 9:30 a.m.

To date, defense counsel has received a total of 106 pages of documents in discovery, as well as photographs and surveillance footage.  Additional discovery is pending.  Defense counsel requires additional time to review discovery with the defendants and to continue with the investigation in this case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including November 29, 2018,  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local

Code T4 based upon continuity of counsel and defense preparation.

DATED: October 10, 2018        */s/ Robert L. Forkner*
                               Attorney for defendant
                               ALFREDO SANCHEZ

DATED: October 10, 2018        Respectfully submitted,

                               HEATHER E. WILLIAMS
                               Federal Defender

                               */s/ Hannah R. Labaree*
                               HANNAH R. LABAREE
                               Assistant Federal Defender
                               Attorneys for Defendant
                               SAYBYN BORGES

DATED: October 10, 2018        MCGREGOR W. SCOTT
                               United States Attorney

                               */s/ Cameron Desmond*
                               CAMERON DESMOND
                               Assistant United States Attorney
                               Attorney for Plaintiff

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on November 29, 2018, at 9:30 a.m. The Court orders the time from October 18, 2018 up to and including November 29, 2018, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

Dated:  October 11, 2018

_____
HON. TROY L. NUNLEY
United States District Court Judge