IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:18-cr-00136-TLN-2 |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| SAYBYN BORGES, | ) | |
| Defendant. | ) | |

The Court appointed the Federal Defender to represent Mr. Borges on June 8, 2018. The Court relieved the Federal Defender as counsel of record and ordered CJA Panel appointed on January 17, 2019. CJA Panel attorney Chris Cosca is hereby appointed effective January 17, 2019, the date the Office of the Federal Defender contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

DATED: 1/24/2019

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge