**JENNIFER MOUZIS**
State Bar No. 200280
4825 J Street, Suite 222
Sacramento, California 95819
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
SAYBYN BORGES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | 2:18-cr-00136-TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **SAYBYN BORGES,** | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United 0States Attorney Cameron Desmond and defendant, SAYBYN BORGES, by and through his counsel, Jennifer Mouzis, agree and stipulate to vacate the date set for judgment and sentencing, October 22, 2020 at 9:30 a.m., in the above-captioned matter, and to continue the judgment and sentencing to January 7, 2021 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley. Federal Probation Officer, Aylin McFarland, also agrees to this change.

In addition, the parties stipulate to the following modification to the schedule of disclosure relating to the pre-sentence report ("PSR"):

//

| | |
|---|---|
| Proposed Pre-Sentence Report | November 25, 2020 |
| Written objections to the PSR | December 9, 2020 |
| Final PSR | December 16, 2020 |
| Formal objections to PSR | December 23, 2020 |
| Reply, or Statement of Non-Opposition | December 30, 2020 |

The reason for the continuance is that defendant's counsel and probation are unable to complete the initial probation process due to restrictions set in place as a result of COVID19.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation. IT IS SO STIPULATED.

Dated: September 10, 2020      McGREGOR W. SCOTT
                                United States Attorney

                          By:   /s/ Cameron Desmond
                                CAMERON DESMOND
                                Assistant United States Attorney

Dated: September 10, 2020       /s/ Jennifer Mouzis
                                JENNIFER MOUZIS
                                Attorney for Defendant
                                SAYBYN BORGES

//

**ORDER**

For the reasons set forth in the accompanying stipulation, the judgment and sentencing date of October 22, 2020 at 9:30 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on January 7, 2021 at 9:30 a.m.

It is FURTHER ORDERED that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Proposed Pre-Sentence Report | November 25, 2020 |
| Written objections to the PSR | December 9, 2020 |
| Final PSR | December 16, 2020 |
| Formal Objections to PSR | December 23, 2020 |
| Reply, or Statement of Non-Opposition | December 30, 2020 |

IT IS SO ORDERED.

Dated: September 10, 2020

Troy L. Nunley
United States District Judge