**JENNIFER MOUZIS**
State Bar No. 200280
4825 J Street, Suite 222
Sacramento, California 95819
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
SAYBYN BORGES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | 2:18-cr-00136-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING** |
| **v.** | |
| **SAYBYN BORGES,** | |
| Defendant. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United 0States Attorney Cameron Desmond and defendant, SAYBYN BORGES, by and through his counsel, Jennifer Mouzis, agree and stipulate to vacate the date set for judgment and sentencing, January 7, 2021 at 9:30 a.m., in the above-captioned matter, and to continue the judgment and sentencing to February 4, 2021 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley. Federal Probation Officer, Aylin McFarland, also agrees to this change.

In addition, the parties stipulate to the following modification to the schedule of disclosure relating to the pre-sentence report ("PSR"):

//

1

| | |
|---|---|
| Written objections to the PSR | January 7, 2021 |
| Final PSR | January 14, 2021 |
| Formal objections to PSR | January 21, 2021 |
| Reply, or Statement of Non-Opposition | January 28, 2021 |

The reason for the continuance is that defendant's counsel and defendant are unable to complete the review of the draft of pre-sentence report ("PSR") in a timely manner due to restrictions set in place as a result of COVID19.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation. IT IS SO STIPULATED.

Dated: December 8, 2020

McGREGOR W. SCOTT
United States Attorney

By: /s/ Cameron Desmond
CAMERON DESMOND
Assistant United States Attorney

Dated: December 8, 2020

/s/ Jennifer Mouzis
JENNIFER MOUZIS
Attorney for Defendant
SAYBYN BORGES

//

2

**ORDER**

For the reasons set forth in the accompanying stipulation, the judgment and sentencing date of January 7, 2021 at 9:30 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on February 4, 2021 at 9:30 a.m.

It is FURTHER ORDERED that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Written objections to the PSR | January 7, 2021 |
| Final PSR | January 14, 2021 |
| Formal objections to PSR | January 21, 2021 |
| Reply, or Statement of Non-Opposition | January 28, 2021 |

IT IS SO ORDERED.

Dated: December 8, 2020

Troy L. Nunley
United States District Judge

3