PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CR-00136-DAD-1 |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| ALFREDO SANCHEZ and SAYBYN BORGES, | |
| Defendants. | |

On or about May 25, 2022, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Alfredo Sanchez forfeiting to the United States the following property:

 a. Kel-Tec 12 Gauge Shotgun, Serial Number XF947,
 b. Colt Commander .38 Super Auto Handgun, Serial Number CUO5693E,
 c. Ruger LCR Revolver, Serial Number 549-52525,
 d. Colt .380 Pocketlite Mustang Semi-Automatic Pistol, Serial Number PLl16811, and
 e. Miscellaneous Ammunition.

Beginning on May 28, 2022, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

1

The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the property:

    a. Elizabeth Cabrera: A notice letter was sent via certified mail to Elizabeth Cabrera at 1631 Yorktown Court, Turlock, CA 95382 on May 31, 2022. The envelope was returned to our office as "not deliverable as addressed, unable to forward" on June 9, 2022.

    b. Elizabeth Cabrera: A notice letter was sent via certified mail to Elizabeth Cabrera at 669 Park Street, Turlock, CA 95380 on December 13, 2022. The envelope was returned to our office as "unclaimed, unable to forward".

    c. Elizabeth Cabrera: A notice letter was sent via certified mail to Elizabeth Cabrera at 28974 Avenue 22, Madera, CA 93638 on December 13, 2022. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed by Elizabeth Cabrera on December 19, 2022.

    d. Elizabeth Cabrera: A notice letter was sent via certified mail to Elizabeth Cabrera, c/o Robert Forkner, Forkner, Orlando & Echerarria at 722 13th Street, Turlock, CA 95354 on December 13, 2022. According to USPS.com, the envelope was delivered on December 15, 2022.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Alfredo Sanchez and Elizabeth Cabrera.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

///
///
///
///
///
///

4. Within sixty (60) days from entry of this Final Order of Forfeiture forfeiting the above-listed property, the U.S. Marshals Service shall return $3,000.00 in U.S. Currency, plus any accrued interest, to defendant Saybyn Borges through attorney Jennifer Mouzis.

IT IS SO ORDERED.

Dated:  **May 19, 2023**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE