HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:  (916) 498-5700

Attorneys for Defendant
SAYBYN BORGES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAYBYN BORGES,<br><br>Defendant. | No. 2:18-CR-00136-DAD-2<br><br>**UNOPPOSED REQUEST FOR EXTENSION OF TIME TO FILE REPLY; ORDER**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: The Honorable DALE A. DROZD |

On October 15, 2024, the government filed its opposition to Mr. Borges' motion to reduce his sentence pursuant to 18 U.S.C. § 1382(c)(2) and Amendment 821. ECF 150. The undersigned requires additional time to communicate with Mr. Borges, who is in the process of being transferred from FCI Victorville, California, to FCI Petersburg, in Virginia, and to prepare and file the reply to the government's opposition, and requests the Court enter the order lodged herewith setting the reply deadline on December 2, 2024.

This is the first request for extension, and is not interposed to unduly delay the proceedings, gain an unfair advantage, or for any other improper purpose.  Counsel for the government, Assistant U.S. Attorney Shelley D. Weger, has been informed of this

/ / /

/ / /

/ / /

request and graciously indicated she has no objection.

Dated:  November 18, 2024

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          /s/ *David M. Porter*
                                          DAVID M. PORTER
                                          Assistant Federal Defender

                                          Attorneys for Defendant
                                          SAYBYN BORGES

## ORDER

Pursuant to defense counsel's unopposed request, and good cause appearing therefor, the request is **GRANTED**.  The time for the Office of the Federal Defender to file a reply is extended to December 2, 2024.

IT IS SO ORDERED.

Dated:  **November 19, 2024**                                                  
                                                         DALE A. DROZD
                                                         UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the Federal Defender for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

On November 18, 2024, he caused to be served a copy of the attached unopposed request for extension of time to file reply; [lodged] order placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States mail at Sacramento, California as follows:

> Mr. Saybyn Borges
> Reg. No. 77424-097
> FCI Lewisburg
> P.O. Box 1000
> Lewisburg, PA   17837

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of November 18, 2024.

*/s/ Alex Moyle*
Alex Moyle

Unopposed request for extension of time to file reply; Order                                                           3